UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

**FILED ELECTRONICALLY**

| | |
|---|---|
| GREG GEORGE, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CASE NO.  5:18-CV-00232-KKC |
| | ) |
| LIFE INSURANCE | ) |
| COMPANY OF NORTH AMERICA, | ) |
| | ) |
| DEFENDANT | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff, Greg George, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

AGREED TO:

/s/Joshua Erik Abell (by DAC with permission)
Joshua Erik Abell
Abell & Capitan Law
6011 Brownsboro Park Blvd., Suite A
Louisville, KY 40207
erik@longtermdisabilitylawyers.com

***Counsel for Plaintiff, Greg George***

/s/David A. Calhoun
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, suite 2800
Louisville, Kentucky  40202-2898
mitziwyrick@wyattfirm.com
dcalhoun@wyattfirm.com
***Counsel for Defendant, Life Insurance Company of North America***

61785672.1